DANIEL G. WALKER, APPELLANT, V. D. B. McMAHN ET AL., APPELLEES.

FILED MAY 7, 1908. No. 15,015.

APPEAL from the district court for Lancaster county: LINCOLN FROST, JUDGE. *Affirmed.*

*J. J. Sullivan* and *A. M. Post,* for appellant.

*W. T. Thompson, Attorney General, Halleck F. Rose* and *H. C. Vail, contra.*

FAWCETT, C.

This case was tried before the board and in the district court, and argued and submitted in this court, at the same time and upon the same record as *Munk v. Frink, ante,* p. 631, and is controlled by the law and evidence in that case; and, for the reasons there stated, we recommend that the judgment of the district court be affirmed.

It is true appellant acted as assistant only to Dr. Munk in performing the operations complained of, but the evidence shows such a concert of action between these two doctors in these and other cases of a similar nature, and such a ready and unquestioning participation by appellant herein with Dr. Munk in the performance of the two operations involved, that there is no escape from the conclusion that if one were guilty both were.

CALKINS and ROOT, CC., concur.

By the Court: For the reasons stated in the foregoing opinion and in the opinion in *Munk v. Frink,* therein referred to, the judgment of the district court is

AFFIRMED.

REESE, J., not sitting.